Abner M. Harper, Inc., Respondent, v. The City of Newburgh and Others, Appellants.— Judgment and order affirmed, with costs, on authority of *Harper, Inc., v. City of Newburgh* (159 App. Div. 695). Jenks, P. J., Thomas and Rich, JJ., concurred; Burr, J., dissented as to the return of the deposit of $500; Carr, J., not voting.

In the Matter of the Application of Barnet Berezoff, Respondent, for the Consent of the Supreme Court, Kings County, to Remove the Body of Morris Berezoff from the New Mount Carmel Cemetery, County of Queens, State of New York, to the Mount Carmel Cemetery, Queens County, City and State of New York.    Ezra Achim Lodge, No. 155, Independent Order Brith Abraham, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the grounds, *first*, that on the merits there is no controlling public reason or superior private right to induce the consent of the court (*Matter of Ackermann*, 124 App. Div. 684); *second*, there is no evidence that appellant is a corporation for the consent of which that of the court can be substituted under section 71 of the Membership Corporations Law.*    (*Matter of Cohen*, 76 App. Div. 401.)    Jenks, P. J., Burr and Stapleton, JJ., concurred; Thomas, J., concurred in the result on the ground that appellant [applicant] has not exhausted his remedy as a member of the society by an appeal to the governing board of the society; Carr, J., not voting.

In the Matter of the Application of Hendrix Avenue Realty Company, Appellant, for a Peremptory Writ of Mandamus against William A. Prendergast, Comptroller of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Whitmel H. Smith, Appellant.— Judgment of conviction of the County Court of Kings county affirmed.    No opinion.    Jenks, P. J., Burr, Thomas and Rich, JJ., concurred; Carr, J., not voting.

The People of the State of New York ex rel. Stephen A. Rudd, Appellant, v. James C. Cropsey, as District Attorney of the County of Kings, Respondent.— Final order affirmed, with ten dollars costs and disbursements.    No opinion.    Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.

George W. Seaward, as Administrator, etc., of William Z. King, Deceased, Appellant, v. Frederick H. Tasker, Respondent.— Appeal transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department for hearing and determination.    Present — Jenks, P. J., Thomas, Stapleton and Rich, JJ.; Burr, J., taking no part.

Thomas P. Tierney, Respondent, v. Jacob Ruppert, Appellant.— Judgment and order affirmed, with costs.    No opinion.    Burr, Stapleton and Rich, JJ., concurred; Thomas, J., dissented upon the ground that there is no evidence of actual malice; Carr, J., not voting.

---

* Consol. Laws, chap. 35 (Laws o.' 1909, chap. 40), § 71.— [REP.